IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:02CR3118 |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID MASON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      This matter is before the Court on the motion for Rule 35 hearing (Filing No. 33).  Accordingly,

      IT IS ORDERED:

      1) That Dana M. London is reappointed to represent the defendant for purposes of the Rule 35(b) motion, and the Federal Public Defender shall provide CJA counsel with a new voucher.

      2) Hearing on plaintiff's Rule 35 motion is scheduled for:

      **Thursday, December 1, 2005, at 10:30 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  Defendant need not be present.

      DATED this 30th day of November, 2005.

                                      BY THE COURT:

                                      /s/ Lyle E. Strom
                                      _____
                                      LYLE E. STROM, Senior Judge
                                      United States District Court